In the Circuit Court of Franklin County
Associate Judge Division
State of Missouri

Victoria Whitworth,           )
                              )
        Plaintiff,            )     Case No. 12AB-AC01015
                              )
Vs.                           )
                              )     Division No. 6
Monarch Recovery Management, Inc.  )
Serve: Monarch Recovery Management, )
Inc.                          )
10965 Decatur Rd.             )
Philadelphia, PA 19154        )

FILED MAY 11 2012
BILL D. MILLER, Circuit Clerk
FRANKLIN COUNTY, MISSOURI
By _____ D.C.

**PETITION FOR DAMAGES**
**TELEPHONE CONSUMER PROTECTION ACT**

1. Plaintiff Victoria Whitworth is a resident of Franklin County, Missouri.

2. Defendant Monarch Recovery Management, Inc. is a Pennsylvania Corporation with its business location and registered agent located in Philadelphia County, Pennsylvania.

3. During 2011 and 2012, on information and belief, Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff prays for judgment against defendant for statutory damages of $500.00 per call, additional damages of up to $1,000.00 per call, and for such other and further relief as the Court may deem just and proper in this cause.



DEFENDANT'S EXHIBIT A

Respectfully submitted,

Purschke White Robinson & Becker L.L.C.
Steven R. White MBE 45595, 45595MO
316 E. Locust Street
Union, Missouri 63084
(636) 584-7100   FAX: (636) 583-4887
white@purschkewhite.com
ATTORNEY FOR PLAINTIFF

*1883*   WHITWORTH, VICTORIA   22976846

IN THE CIRCUIT COURT OF FRANKLIN COUNTY
ASSOCIATE JUDGE DIVISION
STATE OF MISSOURI

| | |
|---|---|
| VICTORIA WHITWORTH,  )  <br>  )  <br>Plaintiff,  )  <br>  )  <br>vs.  )  <br>  )  <br>MONARCH RECOVERY  )  <br>MANAGEMENT, INC.,  )  <br>  )  <br>Defendant.  )  | Case Number: 12AB-AC01015  <br><br>Division VI |

### NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

TO:   Monarch Recovery Management, Inc.
      10965 Decatur Rd.
      Philadelphia, PA 19154

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days of:
June 6, 2012.
Date

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must comply with the requirements of the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

<u>I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON</u>

June 6, 2012.
Date

Signature: _Carolyn Snelling_

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_[signature] Cooper_
Signature

_General Counsel_
Relationship to Entity/Authority
Receive Service of Process

6/20/12
Date Signed

I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON

June 6, 2012.
Date

Signature: *Carolyn Snelling*

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____
Signature

CHERYL L. COOPER
Relationship to Entity/Authority
Receive Service of Process

6/20/12
Date Signed