SO ORDERED

*[signature]*

6/20/2013

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Victoria Whitworth,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Monarch Recovery Management, Inc.,** )<br>)<br>Defendant. ) | Case No. 4:12-cv-01229-CAS |

### Notice of Dismissal

It is hereby stipulated by and between plaintiff, Victoria Whitworth, and defendant, Monarch Recovery Management, Inc., that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

/s/ Steven R. White
_____
Purschke, White, Robinson, Becker & Briegel
STEVEN R. WHITE #45595MO, MBE 45595
4A South Church Street
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (636) 583-4887
ATTORNEY FOR PLAINTIFF

1